

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BUILDER SERVICES GROUP, INC. D/B/A GALE INSULATION, | § | No. 08-21-00097-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 210th District Court |
| v. | § | of El Paso County, Texas |
| RAMON VILLELA, | § | (TC# 2020DCV2037) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's agreed motion to voluntarily dismiss this appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. Pursuant to their agreement, each party will bear their own costs of appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF AUGUST, 2021.

JEFF ALLEY, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.